1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LUIS MANUEL GARCES,                    No.  2:17-cv-0592 GGH P

11                 Petitioner,

12          v.                              ORDER

13   THE PEOPLE OF THE STATE OF
     CALIFORNIA,
14
                    Respondent.
15

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has submitted a motion to proceed in forma

18   pauperis received on March 20, 2017, ECF No. 6, but it has not been acted upon.

19          The application attacks a conviction issued by the San Diego Superior County Court.

20   While both this court and the United States District Court in the district where petitioner was

21   convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

22   and all witnesses and evidence necessary for the resolution of petitioner's application are more

23   readily available in San Diego County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24          Accordingly, in the furtherance of justice, **IT IS HEREBY ORDERED** that this matter is

25   transferred to the United States District Court for the Southern District of California.

26   Dated: March 24, 2017

27                               /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE
28